# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR T. BUSSIERE,<br><br>            Plaintiff,<br><br>    v.<br><br>DR. W. KOKOR, et al.,<br><br>            Defendants.<br>_____/ | Case No. 1:13-cv-01565-SKO (PC)<br><br>ORDER DENYING MOTION TO SUBMIT EXHIBITS AND STRIKING EXHIBITS FROM RECORD<br><br>(Doc. 13) |

Plaintiff Arthur T. Bussiere, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on September 27, 2013. On June 16, 2014, Plaintiff filed a motion seeking leave to submit exhibits in support of his amended complaint and he included the proposed exhibits.

Pleadings must be complete within themselves and cannot rely on later-filed exhibits. *See* Fed. R. Civ. P. 10(c); Local Rule 220. Moreover, the Court cannot serve as a repository for isolated evidence not properly submitted along with a pleading, motion, or other filing. Therefore, Plaintiff's motion is HEREBY DENIED and his exhibits are STRICKEN from the record.

IT IS SO ORDERED.

Dated:    **January 14, 2015**                  **/s/ Sheila K. Oberto**
                                                                UNITED STATES MAGISTRATE JUDGE