# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR T. BUSSIERE,<br><br>    Plaintiff,<br><br>    v.<br><br>DR. W. KOKOR, et al.,<br><br>    Defendants.<br>_____/ | Case No. 1:13-cv-01565-SKO (PC)<br><br>ORDER DENYING MOTION FOR RECONSIDERATION AND DIRECTING CLERK'S OFFICE TO SEND PLAINTIFF COPY OF DOCKET<br><br>(Doc. 18) |

Plaintiff Arthur T. Bussiere, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on September 27, 2013. On January 28, 2015, Plaintiff filed a motion for reconsideration of the order denying his motion to submit exhibits and striking the attached exhibits, on the ground that he did not file the motion and he is aware he may not separately submit exhibits. Fed. R. Civ. P. 60; Local Rule 230(j).

On June 2, 2014, Plaintiff filed an amended complaint, served by mail on May 28, 2014; and on June 16, 2014, Plaintiff filed the motion to submit exhibits, served by mail on June 10, 2014. Although Plaintiff denies filing the motion to submit exhibits, it was signed and filed by Plaintiff on the dates set forth in the preceding sentence. Accordingly, no ground is presented to relieve Plaintiff from the order denying the motion and striking the exhibits, and his motion for

///

///

///

reconsideration filed on January 28, 2015, is HEREBY ORDERED DENIED.  As a courtesy, the Clerk's Office is DIRECTED to send Plaintiff a copy of the docket.

IT IS SO ORDERED.

Dated: **January 29, 2015**         **/s/ Sheila K. Oberto**
UNITED STATES MAGISTRATE JUDGE