# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR T. BUSSIERE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DR. W. KOKOR, et al.,<br><br>　　　　Defendants.<br>_____/ | Case No. 1:13-cv-01565-SKO (PC)<br><br>ORDER DENYING MOTION FOR ENTRY OF DEFAULT<br><br>(Doc. 25) |

Plaintiff Arthur T. Bussiere ("Plaintiff"), a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on September 27, 2013. On April 1, 2015, Plaintiff filed a motion seeking entry of default. Fed. R. Civ. P. 55. Defendants Kokor, Tiggs-Brown, and Hashemi waived service of the summons and amended complaint, and filed a timely answer on March 27, 2015. Fed. R. Civ. P. 4(d)(3), 12(a)(1)(A)(ii). (Docs. 22, 23.) Accordingly, Plaintiff's request for entry of default is ORDERED DENIED.

IT IS SO ORDERED.

　　Dated:  **April 7, 2015**　　　　　　　　　**/s/ Sheila K. Oberto**
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE