# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR T. BUSSIERE,<br><br>             Plaintiff,<br><br>      v.<br><br>KOKOR, et al.,<br><br>             Defendants. | 1:13-cv-01565-AWI-SKO (PC)<br><br>ORDER DIRECTING PERSONAL SERVICE OF SUBPOENA DUCES TECUM BY UNITED STATES MARSHALS SERVICE WITHOUT PREPAYMENT OF COSTS<br><br>(Doc. 63) |

Plaintiff, Arthur T. Bussiere, is a prisoner proceeding *pro se* in a civil rights action pursuant to 42 U.S.C. § 1983. On June 8, 2016, the Court issued an order authorizing the issuance of a subpoena duces tecum. Fed. R. Civ. P. 4, 45; 28 U.S.C. § 1915(d).

The requisite notice having issued, pursuant to Federal Rule of Civil Procedure 45(b)(1), it is HEREBY ORDERED that:

1.  The Clerk of the Court shall forward the following documents to the United States Marshal (USM):

    a.  One (1) completed and issued subpoenas duces tecum to be served on:

        **Mercy Hospitals of Bakersfield**
        **2215 Truxtun Ave.**
        **Bakersfield, CA  93301**

    b.  One (1) completed USM-285 form; and

    c.  Two (2) copies of this order, one to accompany the subpoena and one for the USM;

1

2. Within **twenty (20) days** from the date of this order, the USM is DIRECTED to serve the subpoenas in accordance with the provisions of Rule 45 of the Federal Rules of Civil Procedure;

3. The USM SHALL effect personal service of the subpoenas duces tecum, along with a copy of this order, upon the individual/entity named in the subpoena pursuant to Rule 45 of the Federal Rules of Civil Procedure and 28 U.S.C. § 566(c); and

4. Within **ten (10) days** after personal service is effected, the USM SHALL file the return of service, along with the costs subsequently incurred in effecting service, and said costs shall be enumerated on the USM-285 form.

IT IS SO ORDERED.

Dated:   **July 21, 2016**                                /s/ *Sheila K. Oberto*
                                                          UNITED STATES MAGISTRATE JUDGE