# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR T. BUSSIERE,<br><br>          Plaintiff,<br><br>     v.<br><br>KOKOR, et al.,<br><br>          Defendants. | 1:13-cv-01565-AWI-SKO (PC)<br><br>ORDER REQUIRING PARTIES TO NOTIFY COURT WHETHER A SETTLEMENT CONFERENCE WOULD BE BENEFICIAL<br><br>TWENTY-ONE (21) DAY DEADLINE |

Plaintiff, Arthur T. Bussiere, a state prisoner proceeding *pro se* and *in forma pauperis*, filed this civil rights action pursuant to 42 U.S.C. § 1983.  Dispositive motions have been filed and were recently ruled on.  Plaintiff proceeds forward only on his claim against Defendant PA Tiggs-Brown for deliberate indifference to his serious medical needs in violation of the Eighth Amendment.  (*See* Docs. 14, 90, 94.)  The possibility of settlement must be explored before this action will be set for trial.

Accordingly, it is HEREBY ORDERED, that within **twenty-one (21) days** of the date of service of this order, the parties shall file statements indicating whether they believe, in good faith, that settlement is a possibility and whether a settlement conference would be beneficial.

IT IS SO ORDERED.

Dated:   **April 5, 2017**                         /s/ *Sheila K. Oberto*
                                                    UNITED STATES MAGISTRATE JUDGE

1