# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR T. BUSSIERE,<br>         Plaintiff,<br><br>v.<br><br>W. KOKOR, et al.,<br>         Defendants. | 1:13-cv-1565 AWI-SKO (PC)<br><br>ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT PLAINTIFF ARTHUR T. BUSSIERE, CD # K-50737<br><br>DATE: July 13, 2017<br>TIME: 9:00 a.m. |

     Arthur T. Bussiere, inmate, CDC #K-50737, a necessary and material witness on his own behalf for proceedings in this case on July 13, 2017, is confined at California Health Care Facility, 7707 Austin Rd, Stockton, CA 95215, in the custody of the Warden. In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate in Courtroom #8, 6 Floor, United States Courthouse, 2500 Tulare Street, Fresno, California on July 13, 2017, at 9:00 a.m.

### ACCORDINGLY, IT IS ORDERED that:

     1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify in United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the above institution;

     2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: The Warden OR Sheriff of California Health Care Facility**

     **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above, and from day to day until completion of the proceedings, or as ordered by the court; and thereafter to return the inmate to the above institution.

     **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated: __**June 12, 2017**__            __/s/ *Sheila K. Oberto*__
                                                            UNITED STATES MAGISTRATE JUDGE