# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| ARTHUR T. BUSSIERE, | 1:13-cv-01565-AWI-SKO (PC) |
|---|---|
| Plaintiff, | ORDER VACATING WRIT OF HABEAS CORPUS AD TESTIFICANDUM DIRECTING THE PRODUCTION OF PLAINTIFF FOR PERSONAL APPEARANCE AT SETTLEMENT CONFERENCE ON JULY 13, 2017 |
| v. | |
| Dr. KOKOR, et al., | |
| Defendants. | |
| | (Doc. 100) |

Plaintiff, Arthur T. Bussiere, is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  On May 3, 2017, this matter was scheduled for a settlement conference to be held on July 13, 2017, at 9:00 a.m.  (Doc. 55.)  On June 12, 2017, the Court issued a writ of habeas corpus ad testificandum commanding the production of Plaintiff to the courthouse for the settlement conference.  (Doc. 100.)  The settlement conference will be conducted via video conference.

Accordingly, Plaintiff, Arthur T. Bussiere CDCR #K-50737, is no longer required to personally appear in these proceedings, and the writ of habeas corpus ad testificandum for personal appearance of this inmate, which issued on June 12, 2017, is HEREBY VACATED.[1]

IT IS SO ORDERED.

Dated: **June 21, 2017**   /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE

---

[1] A new writ of habeas corpus ad testificandum for the video conference will concurrently issue.

1