# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR T. BUSSIERE,<br>　　　　　　Plaintiff,<br><br>v.<br><br>Dr. KOKOR, et al,<br>　　　　　　Defendants. | 1:13-cv-01565-AWI-SKO  (PC)<br><br>**ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM RE  ARTHUR T. BUSSIERE, CDCR # K-50737, PLAINTIFF**<br><br>DATE: July 13, 2017<br>TIME:  9:00 a.m. |

Arthur T. Bussier, CDCR # K-50737, the plaintiff in proceedings in this case on July 13, 2017, is confined at California Health Care Facility (CHCF), in the custody of the Warden.  In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Barbara A. McAuliffe, by video conference from his present place of confinement, to Courtroom #8, United States Courthouse, 2500 Tulare Street, Fresno, California on July 13, 2017, at 9:00 a.m.

## ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above, by video conference, to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by the Court.

2. The custodian is ordered to notify the court of any change in custody of this inmate and to provide the new custodian with a copy of this writ.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: The Warden of California Health Care Facility (CHCF)**

**WE COMMAND** you to produce the inmate named above to testify before Judge McAuliffe at the time and place above, by video conference, until completion of the settlement conference or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated:  **June 21, 2017**　　　　　　　　　　　　　　/s/ *Sheila K. Oberto*
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE