# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR T. BUSSIERE,<br><br>  Plaintiff,<br><br>v.<br><br>TIGGS-BROWN,<br><br>  Defendant. | 1:13-cv-01565-AWI-SKO (PC)<br><br>**ORDER REQUIRING PARTIES TO NOTIFY COURT WHETHER A SETTLEMENT CONFERENCE WOULD BE BENEFICIAL**<br><br>**TWENTY-ONE (21) DAY DEADLINE** |

Plaintiff, Arthur T. Bussiere, a state prisoner proceeding *pro se* and *in forma pauperis*, filed this civil rights action pursuant to 42 U.S.C. § 1983. This case was recently assigned to the undersigned for all purposes. (Doc. 111.) While a settlement conference has been conducted (Doc. 107), the parties were to continue negotiations after Plaintiff had an opportunity to review case documents including District Judge Anthony W. Ishii's order of April 4, 2017 (Doc. 94). Thus, the parties shall notify the Court whether they feel further settlement conference would be beneficial.

Accordingly, it is HEREBY ORDERED, that within **twenty-one (21) days** of the date of service of this order, the parties shall file statements indicating whether they believe, in good faith, that settlement is likely in this case and whether further settlement conference would be beneficial. The Clerk of the Court is directed to send Plaintiff a copy of Judge Ishii's order of April 4, 2017, (Doc. 94), with service of this order.

IT IS SO ORDERED.

Dated: **September 19, 2017**         /s/ *Sheila K. Oberto*
                                      UNITED STATES MAGISTRATE JUDGE

1