# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR T. BUSSIERE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TIGGS-BROWN,<br><br>　　　　Defendant. | No. 1:13-cv-01565-SKO<br><br>**ORDER VACATING AMENDED SCHEDULING ORDER**<br><br>**(Doc. 113)** |

　　　　Plaintiff, Arthur T. Bussiere, was a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds on Plaintiff's First Amended Complaint on Plaintiff's claim against Defendant Tiggs-Brown for deliberate indifference to Plaintiff's serious medical needs in violation of the Eighth Amendment. Defendant has filed a notice of Plaintiff's death (Doc. 120) and a proof of service pursuant to Rule 4 on Plaintiff's nonparty successors or representatives (Doc. 122).

　　　　Federal Rule of Civil Procedure 25(a)(1) allows ninety days after service of the notice of death for the decedent's non-party successors or representatives to file a motion for substitution. Plaintiff's non-party successors or representatives were served with the notice of Plaintiff's death in this action on December 22, 2017, and may file a motion for substitution anytime within ninety days thereafter. This case is currently set for trial on February 27, 2018, which is before the deadline for filing a motion for substitution. (Doc. 113.) As such, the trial and all pretrial deadlines must be vacated.

///

1

Accordingly**, IT IS HEREBY ORDERED**, that the Amended Scheduling Order setting the trial and pretrial deadlines, issued on September 20, 2017, be **VACATED**.[1]

IT IS SO ORDERED.

Dated: **January 19, 2018**           /s/ *Sheila K. Oberto*
                                  UNITED STATES MAGISTRATE JUDGE

---

[1] The trial and pretrial deadlines will be re-scheduled if Plaintiff's non-party successors or representatives file a timely motion for substitution.